United States District Court
Southern District of Texas
**ENTERED**
February 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TODRICK MORRIS, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-cv-2396 |
| ROBERT TANNER, *et al.*, | § § | |
| Defendants. | § | |

### ORDER APPOINTING COUNSEL

Plaintiff is an inmate in the Texas Department of Criminal Justice. This Court denied in part the defendants' motion for summary judgment, and administratively closed the case pending appointment of counsel to represent the plaintiff on the remaining claims (Docket Entry No. 61).

It is hereby **ORDERED** that Barrett H. Reasoner of the law firm Gibbs & Bruns LLP, 1100 Louisiana Street, Suite 5300, Houston, TX 77002, (713) 650-8805 is appointed to represent the plaintiff. Counsel shall move to reopen this case within 30 days of receipt of this order.

The Clerk shall send a copy of this order to the parties.

SIGNED at Houston, Texas on February 20, 2024.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE