UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TODRICK MORRIS, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-02396 |
| ROBERT TANNER, *et al.*, | § § § | |
| Defendants. | § | |

## SCHEDULING ORDER

The following deadlines and settings shall govern the disposition of this case:

    Pre-trial Order due        August 16, 2024

    Docket call set            September 13, 2024, at 1:30 p.m.

    Jury trial set              September 16, 2024, at 9:000 a.m.

Signed on April 5, 2024.

_____
Alfred H. Bennett
United States District Judge