| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Todrick Morris §
§
v. § CASE NUMBER  4:19cv2396
§
Lt Robert Tanner et al §
§

*United States Courts*
*Southern District of Texas*
*FILED*
*APR 08 2024*
*Nathan Ochsner, Clerk of Court*

Exhibit B (flash drive)

_____

_____

_____

_____

**DOCUMENT IS:**

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☒ IN BROWN EXPANDABLE FOLDER /GREEN FOLDER

INSTRUMENT #_____



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

April 4, 2024

Via U.S. Mail

Nathan Ochsner, Clerk of Court
USDC, Southern District
Houston Division
515 Rusk Avenue
Houston, TX 77002

Re: **Todrick Morris v. Lt. Robert Tanner, et al.; Civil Action No. 4:19-cv-2396; in the United States District Court, for the Southern District of Texas, Houston Division.**

Dear Mr. Ochsner:

Enclosed please find the following Exhibit on a flash drive in relation to the Office of the Attorney General's Amicus Curiae Martinez Report, which was electronically filed on January 13, 2020:

1. Exhibit B – Video [Martinez Report 071] Use of Force Report No. M-0153-0219.

Thank you for your assistance.

Sincerely,

/s/ Marlayna M. Ellis
MARLAYNA M. ELLIS
Assistant Attorney General
Law Enforcement Defense Division

/sbb

Enclosure